THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY HOOTEN, Also Known as ROY D. HOOTEN, Appellant. (Appeal No. 1.) [916 NYS2d 862]—

peal No. 2.) [916 NYS2d 863]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered January 13, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Hooten* (81 AD3d 1384 [2011]). Present—Martoche, J.P., Fahey, Carni, Lindley and Sconiers, JJ.